Acknowledged.  Plaintiff's individual claims are dismissed with prejudice. The claims of the putative classes are dismissed without prejudice.

Date: 2/10/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAITLIN KNOTTS, | ) | |
| on behalf of Plaintiff and the class | ) | |
| members described herein, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-01370-SEB-MKK |
| | ) | |
| v. | ) | |
| | ) | Judge Sarah Evans Barker |
| BIBOON, LLC, doing business as | ) | Magistrate Judge M. Kendra Klump |
| Bridge Lending Solutions; | ) | |
| LDF HOLDINGS, LLC; | ) | |
| MELINDA WALKER; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Caitlin Knotts, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses her individual claims with prejudice, with each party to bear their own costs and attorneys' fees. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs and attorneys' fees.

DATED: January 31, 2023

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

1